UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:24-cv-12347-ADB

MARGARET E. SHEEHAN

*Plaintiff*

vs.

TOWN OF CARVER, MA, TOWN OF PLYMOUTH, MA,
ALAN G. GERMAIN, STEPHEN G. GRAY,
BETTY CAVACCO, MICHAEL MAIN,
A.D. MAKEPEACE COMPANY, JAMES F. KANE,
SLT CONSTRUCTION CORPORATION,
PETER OPACHINSKI

*Defendants*

**DEFENDANTS' RULE 8 AND 12(e) MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure Rule 8 and 12(e), the defendants, Town of Carver, MA, Town of Plymouth, MA, Alan G. Germain, Stephen G. Gray, Betty Cavacco, and Michael Main, (collectively "municipal defendants"), move this Honorable Court to dismiss the plaintiff's Complaint for failing to comply with Fed. R. Civ. P. Rule 8, or alternatively request the Court order the plaintiff to file an amended complaint that is compliant with Rule 8.

A memorandum of law is submitted separately in support herewith.

WHEREFORE, pursuant to Federal Rules of Civil Procedure Rule 8 and 12(e), the defendants, Town of Carver, MA, Town of Plymouth, MA, Alan G. Germain, Stephen G. Gray, Betty Cavacco, and Michael Main, move this Honorable Court to dismiss the plaintiff's Complaint for failing to comply with Fed. R. Civ. P. Rule 8, or alternatively request the Court order the plaintiff to file an amended complaint that is compliant with Rule 8.

Respectfully submitted,

Defendants,

TOWN OF CARVER, MA,
ALAN G. GERMAIN, and
STEPHEN G. GRAY,

By their attorneys,

*/s/ Adam Simms*

Adam Simms, BBO # 545191
asimms@piercedavis.com
Justin Amos, BBO # 697232
jamos@piercedavis.com
Pierce, Davis & Perritano LLP
10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950

TOWN OF PLYMOUTH, MA,
BETTY CAVACCO, and
MICHAEL MAIN,

By their attorneys,

*/s/ Joseph A. Padolsky*

Douglas I. Louison, BBO # 545191
dlouison@lccplaw.com
Joseph A. Padolsky, BBO # 679725
jpadolsky@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
(617) 439-0325 facsimile

Dated: October 18, 2024

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

*/s/ Justin L. Amos*
Justin L. Amos

Dated: October 18, 2024

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that counsel conferred in good faith with counsel for the plaintiff in an effort to resolve and/or narrow the issues related to the above captioned motion.

*/s/ Joseph A. Padolsky*
Joseph A. Padolsky

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), counsel for the municipal defendants respectfully requests that oral argument be had on this Motion.

Dated: October 18, 2024