UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>Plaintiff,<br>v.<br><br>TOWN OF CARVER, MA,<br>TOWN OF PLYMOUTH, MA,<br>ALAN G. GERMAIN, STEPHEN G. GRAY,<br>BETTY CAVACCO, MICHAEL MAIN,<br>A.D. MAKEPEACE COMPANY,<br>JAMES F. KANE,<br>SLT CONSTRUCTION CORPORATION,<br>and PETER OPACHINSKI,<br><br>Defendants. | No. 1:24-CV-12347-ADB |

**DEFENDANTS JAMES F. KANE AND**
**A.D. MAKEPEACE COMPANY'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants James F. Kane and A.D. Makepeace Company (collectively, the "Makepeace Defendants") hereby move this Court for an order dismissing all claims against the Makepeace Defendants with prejudice. The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

**WHEREFORE**, the Makepeace Defendants respectfully request that the Court dismiss all claims against the Makepeace Defendants with prejudice.

Dated: November 13, 2024
Boston, Massachusetts

Respectfully submitted,

A.D. MAKEPEACE COMPANY
and JAMES F. KANE

By their attorneys,

*/s/ Geoffrey M. Raux*

Michael R. Pontrelli (BBO # 549194)
Geoffrey M. Raux (BBO # 674788)
Lea Gulotta James (BBO # 705421)
Miranda Curtis (BBO # 709084)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Phone: 617-342-4000
Fax: 617-342-4001
mpontrelli@foley.com
graux@foley.com
ljames@foley.com
mcurtis@foley.com

**REQUEST FOR ORAL ARGUMENT**

The Makepeace Defendants respectfully request oral argument on their Motion to Dismiss should the Court believe that argument would assist its consideration of the issues presented.

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for the Makepeace Defendants conferred with Plaintiff's counsel on November 13, 2024 regarding the issues raised in this motion, and the parties were unable to resolve or narrow the issues.

*/s/ Geoffrey M. Raux*
Geoffrey M. Raux

## CERTIFICATE OF SERVICE

I, Miranda D. Curtis, hereby certify that the foregoing was filed on November 13, 2024 through the ECF filing system and will be sent electronically to all counsel of record identified as registered participants on the associated Notice of Electronic Filing.

*/s/ Miranda D. Curtis*
Miranda D. Curtis