UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWN OF CARVER, MA, TOWN OF PLYMOUTH, MA, ALAN G. GERMAIN, STEPHEN G. GRAY, BETTY CAVACO, MICHAEL MAIN, A.D. MAKEPEACE COMPANY, JAMES F. KANE, SLT CONSTRUCTION CORPORATION, PETER OPACHINSKI,<br><br>*Defendants.* | Civil Action No. 1:24-cv-12347-ADB |

**MOTION OF DEFENDANTS' SLT CONSTRUCTION CORPORATION AND PETER OPACHINSKI TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, SLT Construction Corporation and Peter Opachinski, move this Court for an order dismissing all claims against them with prejudice. As grounds in support of this motion, which are more fully set forth in the Memorandum of Law filed herewith, the defendants state that:

1. As a threshold matter, plaintiff's Complaint is deficient in its entirety under Fed.R.Civ.P. 8 due to its unwieldy prolixity. Fed.R.Civ.P. 8(a) requires a "short and plain statement" of a claim. Further, Fed.R.Civ.P. 8(e) requires that each averment in a pleading "be simple, concise, and direct". The First Circuit has made clear that "[a] district court has the power to dismiss a complaint when a plaintiff fails to comply with the Federal Rules of Civil Procedure, including Rule 8(a)(2)'s 'short and plain statement' requirement." Kuehl v. Federal Deposit Insurance Corp., 8 F.3d 905, 908 (1st Cir. 1993).

2. Pursuant to Fed.R.Civ.P. 12(b)(6), the plaintiff has failed to state a claim upon which relief may granted because plaintiff's factual allegations are not "enough to raise a right to relief above the speculative level[.]" Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007). Plaintiff has failed to carry her burden "at the pleading stage [to make] allegations plausibly suggesting (not merely consistent with)" the right to relief. Id. at 557.

WHEREFORE, defendants SLT Construction Corporation and Peter Opachinski request that this Court dismiss all claims against them with prejudice.

Respectfully submitted,
SLT CONSTRUCTION CORPORATION
and PETER OPACHINSKI,
By their counsel,

*/s/Edward C. Cooley*

Edward C. Cooley, BBO# 550117
ecooley@gncm.net
Abigail C. Leighton, BBO# 707299
aleighton@gncm.net
GIARRUSSO, NORTON, COOLEY
& McGLONE, P.C.
308 Victory Road
Quincy, MA 02171
Tel: (617) 770-2900
Fax: (617) 773-6934

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the moving defendants and counsel for the plaintiff conferred by telephone regarding the instant motion. Counsel were unable to resolve any disputes or disagreements with regard to the motion.

*/s/ Edward C. Cooley*

December 13, 2024

**CERTIFICATE OF SERVICE**

I, Abigail Leighton, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Abigail C. Leighton*
Abigail C. Leighton

Dated: December 13, 2024