UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br>Plaintiff,<br><br>VS.<br><br>TOWN OF CARVER, MA, *et al.*<br>Defendants. | C.A. NO. 1:24-cv-12347-ABS |

**JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT OF DEFENDANTS TOWN OF CARVER, THE TOWN OF PLYMOUTH, ALAN G. GERMAIN, STEPHEN G. GRAY, BETTY CAVACCO, AND MICHAEL MAIN**

NOW COME the defendants, the Town of Carver, the Town of Plymouth, Alan G. Germain, Stephen G. Gray, Betty Cavacco, and Michael Main (the "Municipal Defendants") hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice all claims set forth in the plaintiff's Complaint alleged against them for failure to state claims upon which relief can be granted.

The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

**WHEREFORE**, Municipal Defendants respectfully request that this Honorable Court dismiss all claims alleged against them, with prejudice, together with any other relief that this Court deems equitable and just.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the Municipal Defendants respectfully request the Court to schedule oral argument on their Motion to Dismiss.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that counsel conferred in good faith with counsel for the plaintiff in an effort to resolve and/or narrow the issues related to the above captioned motion.

Respectfully submitted,

The Defendants

TOWN OF CARVER, MA,
ALAN G. GERMAIN, and
STEPHEN G. GRAY,

**PIERCE, DAVIS & PERRITANO LLP**

By their attorneys,

*/s/ Adam Simms*

Adam Simms, BBO # 545191
Justin Amos, BBO # 697232
10 Post Office Square, Suite 1100N
Boston, MA 02109
617-350-0950
asimms@piercedavis.com
jamos@piercedavis.com

The Defendants,
TOWN OF PLYMOUTH, MA,
BETTY CAVACCO, and
MICHAEL MAIN,

**LOUISON, COSTELLO, CONDON & PFAFF, LLP**

By their attorneys,

*/s/ Joseph A. Padolsky*

Douglas I. Louison, BBO # 545191
Joseph A. Padolsky, BBO # 679725
10 Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
(617) 439-0325 facsimile
dlouison@lccplaw.com
jpadolsky@lccplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 21, 2025.

*/s/ Adam Simms*

Adam Simms, BBO #545191