**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARGARET E. SHEEHAN,

*Plaintiff,*

v.

TOWN OF CARVER, MA;
TOWN OF PLYMOUTH, MA;
ALAN G. GERMAIN; STEPHEN G. GRAY; BETTY CAVACCO; MICHAEL MAIN; A.D. MAKEPEACE COMPANY; JAMES F. KANE; SLT CONSTRUCTION CORPORATION; and
PETER OPACHINSKI,

*Defendants.*

No. 1:24-cv-12347-ADB

**DECLARATION OF JOAN A. LUKEY**

I, Joan A. Lukey, hereby declare as follows:

1. I am lead counsel for Plaintiff Margaret E. Sheehan in this action. I offer this Declaration for the purpose of authenticating and transmitting true and accurate copies of certain videos referenced in the Opposition to the Motion to Dismiss of the Town of Carver, Town of Plymouth, Betty Cavacco, Michael Main, Alan Germain, and Stephen Gray.

2. The videos referenced below, which are being filed manually with the Clerk's Office – and served on counsel – as a single USB drive, are true and accurate copies of portions of video recordings of meetings of the Zoning Board of Appeals of Carver, Massachusetts, and the Zoning Board of Appeals of Plymouth, Massachusetts.

3. Exhibit 1 is a video of a portion of the May 29, 2024, meeting of the Zoning Board of Appeals of Carver, Massachusetts.

4. Exhibit 2 is a video of a portion of the January 4, 2023, meeting of the Zoning Board of Appeals of Plymouth, Massachusetts.

5. Exhibit 3 is a video of a portion of the September 28, 2021, meeting of the Zoning Board of Appeals of Carver, Massachusetts.

I declare under pains and penalties of perjury that the foregoing is true and correct.

Executed: March 7, 2025

*/s/ Joan A. Lukey*
Joan A. Lukey

**CERTIFICATE OF SERVICE**

I, Joan A. Lukey, hereby certify that, on March 7, 2025, I caused a true and accurate copy of the foregoing document to be served via the Court's CM/ECF filing system on all counsel of record.

*/s/ Joan A. Lukey*
Joan A. Lukey