UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF CARVER, MA, TOWN OF PLYMOUTH, MA, ALAN G. GERMAIN, STEPHEN G. GRAY, BETTY CAVACCO, MICHAEL MAIN, A.D. MAKEPEACE COMPANY, JAMES F. KANE, SLT CONSTRUCTION CORPORATION, PETER OPACHINSKI, and MICHAEL MCVEIGH,<br><br>Defendants. | Case No. 1:24-cv-12347-ADB |

**DEFENDANT MICHAEL MCVEIGH'S MOTION TO**
**PARTIALLY DISMISS COUNTS 17 AND 18 OF THE AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Michael McVeigh ("McVeigh") hereby moves this Court for an order dismissing the defamation claim (Count 17) and the intentional infliction of emotional distress claim (Count 18) against him to the extent they are premised on nineteen (19) statements in the Amended Complaint, which are nonactionable under the First Amendment. The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

WHEREFORE, McVeigh respectfully requests that the Court dismiss these claims against him with prejudice.

Respectfully Submitted,

Michael McVeigh, by his Attorneys,

/s/ Michael Paris
Michael Paris (#556791)
Kileigh E. Stranahan (#707769)
NYSTROM BECKMAN & PARIS, LLP
One Marina Park Drive, 15th Floor
Boston, MA 02110
(617) 778-9100
(617) 778-9110 (fax)
mparis@nbparis.com
kstranahan@nbparis.com

Dated: August 8, 2025

## REQUEST FOR ORAL ARGUMENT

McVeigh respectfully requests oral argument on this Motion to assist the Court in its determination of the issues presented.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Michael Paris, hereby certify that, on August 8, 2025, I conferred with Joan Lukey, Esq., counsel for Sheehan, to attempt to resolve or narrow the issues in this Motion, and we were unable to do so at this time.

/s/ Michael Paris
Michael Paris

## CERTIFICATE OF SERVICE

I, Michael Paris, hereby certify that, on August 8, 2025, I caused a true and accurate copy of the foregoing document to be served via the Court's CM/ECF filing system on all counsel of record.

/s/ Michael Paris
Michael Paris