UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>Plaintiff,<br>v.<br><br>TOWN OF CARVER, MA,<br>TOWN OF PLYMOUTH, MA,<br>ALAN G. GERMAIN, STEPHEN G. GRAY,<br>BETTY CAVACCO, MICHAEL MAIN,<br>A.D. MAKEPEACE COMPANY,<br>JAMES F. KANE,<br>SLT CONSTRUCTION CORPORATION,<br>PETER OPACHINSKI, and<br>MICHAEL MCVEIGH<br><br>Defendants. | No. 1:24-CV-12347-ADB |

**DEFENDANTS A.D. MAKEPEACE COMPANY, JAMES F. KANE, MICHAEL MCVEIGH, SLT CONSTRUCTION CORPORATION, AND PETER OPACHINSKI'S SPECIAL MOTION TO DISMISS PURSUANT TO M.G.L. c. 231, § 59H**

Pursuant to M.G.L. c. 231, § 59H, Defendants A.D. Makepeace Company, James F. Kane, Michael McVeigh, SLT Construction Corporation, and Peter Opachinski (collectively, "Defendants") hereby move this Court for an order dismissing Counts 6, 7, 8, 16, 17, and 18 of the Amended Complaint of Plaintiff Margaret Sheehan with prejudice. The grounds for this Motion are more fully set forth in the Memorandum of Law filed herewith.

Defendants respectfully request oral argument on their Special Motion to Dismiss should the Court believe that argument would assist its consideration of the issues presented.

**WHEREFORE**, Defendants respectfully request that the Court dismiss Counts 6, 7, 8, 16, 17, and 18 of the Amended Complaint with prejudice.

Respectfully submitted,

A.D. MAKEPEACE COMPANY
and JAMES F. KANE

By their attorneys,

*/s/ Geoffrey M. Raux*
Michael R. Pontrelli (BBO # 549194)
Geoffrey M. Raux (BBO # 674788)
Lea Gulotta James (BBO # 705421)
Miranda Curtis (BBO # 709084)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Phone: 617-342-4000
Fax: 617-342-4001
mpontrelli@foley.com
graux@foley.com
ljames@foley.com
mcurtis@foley.com

MICHAEL MCVEIGH

By his attorneys,

*/s/ Michael Paris*
Michael Paris (BBO # 556791)
Kileigh E. Stranahan (BBO #707769)
NYSTROM BECKMAN & PARIS, LLP
One Marina Park Drive, 15th Floor
Boston, MA 02110
(617) 778-9100
(617) 778-9110 (fax)
mparis@nbparis.com
kstranahan@nbparis.com

SLT CONSTRUCTION CORPORATION
and PETER OPACHINSKI,

By their attorneys,

*/s/ Edward C. Cooley*
Edward C. Cooley (BBO# 550117)
Abigail C. Leighton (BBO# 707299)
GIARRUSSO, NORTON, COOLEY
& McGLONE, P.C.
308 Victory Road
Quincy, MA 02171
Tel: (617) 770-2900
Fax: (617) 773-6934
ecooley@gncm.net
aleighton@gncm.net

Dated: August 25, 2025

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for the Defendants conferred with Plaintiff's counsel on August 25, 2025 regarding the issues raised in this motion, and the parties were unable to resolve or narrow the issues.

*/s/ Lea Gulotta James*
Lea Gulotta James

**CERTIFICATE OF SERVICE**

I, Lea Gulotta James, hereby certify that the foregoing was filed on August 25, 2025 through the ECF filing system and will be sent electronically to all counsel of record identified as registered participants on the associated Notice of Electronic Filing.

*/s/ Lea Gulotta James*
Lea Gulotta James