**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWN OF CARVER, MA;<br>TOWN OF PLYMOUTH, MA;<br>ALAN G. GERMAIN; STEPHEN G. GRAY; BETTY CAVACCO; MICHAEL MAIN; A.D. MAKEPEACE COMPANY; JAMES F. KANE; SLT CONSTRUCTION CORPORATION; PETER OPACHINSKI; and MICHAEL McVEIGH,<br><br>*Defendants.* | No. 1:24-cv-12347-ADB |

**AFFIDAVIT OF JOAN A. LUKEY IN OPPOSITION TO SPECIAL MOTION TO DISMISS PURSUANT TO M.G.L. C. 231, § 59H OF DEFENDANTS A.D. MAKEPEACE COMPANY, JAMES F. KANE, MICHAEL McVEIGH, SLT CONSTRUCTION CORPORATION, AND PETER OPACHINSKI**

Now comes the affiant and swears to the truth of the following:

1. My name is Joan A. Lukey. I am a partner at Manatt, Phelps & Phillips, LLP in Boston, and I am lead counsel for Plaintiff Margaret Sheehan in this litigation.
2. I offer this affidavit to provide sworn confirmation of that which has already been conveyed to the Court in Dkt. 40, Plaintiff's Motion for an Expedited Rule 16 C and Scheduling Order or Alternatively, for an Order That Defendants Promptly Participate in a Rule 26(f) Conference and Submission of a Report, Both to Occur by December 23 with the Rule 16 Conference to Occur as Soon as Feasible (the "Motion").

3. We learned on or about Saturday, September 14, two days after we filed the Complaint, that MMP could no longer be accessed by the public. On September 19, we sent Meta (Facebook) a litigation hold letter by first class mail and by certified mail, calling upon them to preserve the account opening information.

4. Once we received permission from the Court, we served a subpoena dated October 17, 2024 on Meta. On and after October 29, my communications from and to Meta were through its outside lawyer John Roche at Perkins Coie.

5. Between October 29 and December 9, 2024, Attorney Roche and I communicated a number of times. Attorney Roche told me that Meta could not locate the account opening information for MMP. He also provided such information as Meta had in its possession relating to the Rebecca Newhouse, T.J. Strongbow, and John E. Walker profiles.

6. In late November, Attorney Roche told me that Meta's deletion of the MMP information appeared to relate to a policy with the title "Delete or cancel deletion of your Facebook Page." He provided me with this link to the policy: https://www.facebook.com/help/223786757631885.

7. I followed up with questions, to which he responded on December 9, confirming that Meta had no business records to produce for MMP. A true and accurate copy of that exchange is appended as Exhibit A.

8. True and accurate copies of the standard business records certifications which Meta provided to me on December 11, 2024 are appended as Exhibits B and C.

I swear to the truth of the foregoing to the best of my knowledge under the pains and penalties of perjury this 5th day of September, 2025.

On behalf of Plaintiff, Margaret Sheehan.

*/s/ Joan A. Lukey*

Joan A. Lukey, BBO #307340
Justin J. Wolosz, BBO #643543
MANATT, PHELPS & PHILLIPS, LLP
One Beacon Street, Suite 28-200
Boston, MA 02108
Tel: (617) 646-1448
JLukey@manatt.com
JWolosz@manatt.com