UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF CARVER, MA, TOWN OF PLYMOUTH, MA, ALAN G. GERMAIN, STEPHEN G. GRAY, BETTY CAVACCO, MICHAEL MAIN, A.D. MAKEPEACE COMPANY, JAMES F. KANE, SLT CONSTRUCTION CORPORATION, PETER OPACHINSKI, and MICHAEL McVEIGH,<br><br>      Defendants. | Case No. 1:24-cv-12347-ADB |

**PLAINTIFF MARGARET E. SHEEHAN'S MOTION TO PRECLUDE
THE TOWN OF CARVER FROM SERVING ITS PROPOSED SUBPOENAS
ON THREE STATE AGENCIES**

Plaintiff Margaret E. Sheehan ("Plaintiff" or "Sheehan") respectfully requests that the Court enter an Order precluding the Town of Carver from serving its proposed deposition subpoenas – attached hereto as Exhibits A, B, and C – on the Massachusetts Office of the Inspector General, the Massachusetts Office of the Attorney General, and the Massachusetts State Ethics Commission. As grounds for this Motion, Plaintiff relies in part upon the arguments set forth by the Community Land and Water Coalition ("CLWC") in its pending Motion to Quash, Dkt. No. 156, and more particularly on the following arguments in the Memorandum filed herewith:

    1.    The subpoenas, which are unduly burdensome, are another manifestation of Defendants' efforts to drive a wedge between Sheehan and her clients, *see* Memorandum at 1–3;

    2.    The subpoenas require the agencies to produce documents relating to CLWC, *not* to Sheehan, and such documents do not belong in this case, *see* Memorandum at 3; and

1

3. Plaintiff's allegations in the Amended Complaint related to sand mining are to reveal Defendants' motive for their misconduct, not to provide Defendants with a vehicle to seek information about investigations of themselves, *see* Memorandum at 4–5.

WHEREFORE, Plaintiff respectfully requests the Court enter an Order precluding the Town of Carver from serving its proposed deposition subpoenas on the Massachusetts Office of the Inspector General, the Massachusetts Office of the Attorney General, and the Massachusetts State Ethics Commission.

### CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Undersigned counsel conferred with counsel for the Town of Carver, and then with all other Defendants. The Town of Carver, and the other Defendants who have responded, oppose the relief sought herein.

    Respectfully submitted,

    **MARGARET E. SHEEHAN,**

    By her attorneys,

    */s/ Joan A. Lukey*
    Joan A. Lukey (BBO No. 307340)
    Justin J. Wolosz (BBO No. 643543)
    MANATT, PHELPS & PHILLIPS, LLP
    One Beacon Street, Suite 28-200
    Boston, Massachusetts 02108
    Telephone: (617) 646-1448
    jlukey@manatt.com
    jwolosz@manatt.com

Dated: December 16, 2025

## **CERTIFICATE OF SERVICE**

      I, Joan A. Lukey, hereby certify that, on December 16, 2025, I caused a true and correct copy of the foregoing document to served on all counsel of record via the Court's CM/ECF filing system.

                                                           */s/ Joan A. Lukey*
                                                           Joan A. Lukey