**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARGARET E. SHEEHAN,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWN OF CARVER, MA;<br>TOWN OF PLYMOUTH, MA;<br>ALAN G. GERMAIN; STEPHEN G.<br>GRAY; BETTY CAVACCO; MICHAEL<br>MAIN; A.D. MAKEPEACE COMPANY;<br>JAMES F. KANE; SLT CONSTRUCTION<br>CORPORATION; PETER OPACHINSKI;<br>and MICHAEL MCVEIGH,<br><br>*Defendants.* | No. 1:24-cv-12347-ADB |

**PLAINTIFF MARGARET E. SHEEHAN'S MOTION TO COMPEL DISCOVERY FROM THE PLYMOUTH DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff Margaret E. Sheehan respectfully requests that the Court compel Defendants Town of Plymouth ("Plymouth"), Betty Cavacco, and Michael Main (collectively, "the Plymouth Defendants") to produce responsive documents to the following document requests served on October 6, 2025:  Request Nos. 1, 3-5, 8-11, 13-14, 16, 19, 24, 26, and 28 (collectively, the "Requests"), the requests to which they indicated, in their Response filed after several extensions on January 27, 2026, they had no objection.  Although the Plymouth Defendants indicated that they would produce responsive non-privileged documents in response to these Requests, after several extensions they have not yet done so.  For the reasons set forth in the accompanying memorandum of law, documents responsive to these Requests should be produced immediately to allow the depositions of Cavacco and Main to be taken within the existing discovery schedule.

Plaintiff incorporates her supporting Memorandum of Law as if set forth here in its entirety.

**WHEREFORE,** Sheehan respectfully requests that the Court grant her Motion to Compel and Order Defendants to produce documents responsive to Sheehan's Requests for Production Nos. 1, 3-5, 8-11, 13-14, 16, 19, 24, 26, and 28 no later than June 8.

Respectfully submitted,

**MARGARET E. SHEEHAN,**

By her attorneys,

*/s/ Joan A. Lukey*
Joan A. Lukey (BBO No. 307340)
Justin J. Wolosz (BBO No. 643543)
MANATT, PHELPS & PHILLIPS, LLP
One Beacon Street, 11th Floor
Boston, Massachusetts 02108
Telephone: (617) 646-1448
jlukey@manatt.com
jwolosz@manatt.com

Dated: May 22, 2026

## LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE

I, Joan A. Lukey, hereby certify that counsel for the Plaintiff and counsel for Defendants conferred by lengthy telephone conference on May 21, 2026, about the discovery issues raised in this motion but were unable to reach agreement or narrow the issues.

## CERTIFICATE OF SERVICE

I hereby certify that, on May 22, 2026, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system on all counsel of record.

*/s/ Joan A. Lukey*
Joan A. Lukey

2