UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARGARET E. SHEEHAN,

Plaintiff,

v.

TOWN OF CARVER, MA, TOWN OF PLYMOUTH, MA, ALAN G. GERMAIN, STEPHEN G. GRAY, BETTY CAVACCO, MICHAEL MAIN, A.D. MAKEPEACE COMPANY, JAMES F. KANE, SLT CONSTRUCTION CORPORATION, PETER OPACHINSKI, and MICHAEL MCVEIGH,

Defendants.

Case No. 1:24-cv-12347-ADB

**AFFIDAVIT OF KILEIGH STRANAHAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST MICHAEL MCVEIGH FOR SPOLIATION OF EVIDENCE**

I, Kileigh Stranahan, Esquire, hereby depose and state as follows under oath:

1. I am an attorney at the law firm of Nystrom Beckman & Paris, LLP, counsel for Michael McVeigh ("McVeigh"), in the above-captioned matter.

2. This affidavit is submitted in opposition to Plaintiff Margaret. E. Sheehan's ("Sheehan") Motion for Sanctions Against Michael McVeigh for Spoliation of Evidence.

3. On May 8, June 30, and September 30, 2026, counsel for Defendants deposed Sheehan. A true and accurate copy of the relevant portions of the deposition transcript is attached as Exhibit 1.

4. On April 24, 2026, Sheehan's counsel deposed Defendant Stephen Gray ("Gray"). A true and accurate copy of the relevant portions of the deposition transcript is attached as Exhibit 2.

5. On July 7, 2026, Sheehan's counsel deposed Defendant Betty Cavacco ("Cavacco"). A true and accurate copy of the relevant portions of the deposition transcript is attached as Exhibit 3.

6. On July 8, 2026, Sheehan's counsel deposed Defendant Michael Main ("Main"). A true and accurate copy of the relevant portions of the deposition transcript is attached as Exhibit 4.

7. On January 19, 2026, counsel for Plaintiff Margaret E. Sheehan ("Sheehan") served a production of 855 documents – Bates range SHEEHAN000001-SHEEHAN001177 – "largely consist[ing] of website screenshots regarding the ["Megs Costs Us Millions" ("MMP")] postings in the amended Complaint." A true and accurate copy of that correspondence is attached as Exhibit 5.

8. On March 20, 2026, Sheehan produced Meta d/b/a Facebook's and Comcast's responses to the Subpoena authorized by the Court. ECF No. 26. A true and accurate copy of Meta's response related to the "Rebecca Newhouse" Facebook profile is attached as Exhibit 6, bearing the Bates range SHEEHAN001186-SHEEHAN1199. A true and accurate copy of Comcast's response related to McVeigh is attached as Exhibit 7, bearing the Bates range SHEEHAN001300-SHEEHAN001312.

9. On June 3, 2026, counsel for Sheehan served a production of documents on behalf of Mary Dormer ("Dormer"), Bates range MD0000001-MD0000042, in response to the Town of Carver's Subpoena, which included six additional screenshots of MMP. A true and accurate copy of that correspondence is attached as Exhibit 8.

10. On June 17, 2026, counsel for Sheehan served a supplemental production of twenty-one documents, Bates range SHEEHAN004986-5006, which included additional MMP screenshots. A true and accurate copy of that correspondence is attached as Exhibit 9.

11. On January 30, 2025, the Court held a status conference in this matter. A true and accurate copy of the transcript of those proceedings is attached as Exhibit 10.

12. I reviewed Facebook's Help Center, which provides information on what happens when a user permanently deletes their Facebook profile. A true and accurate copy of the relevant Facebook Help Center page is attached as Exhibit 11.

13. On September 27, 2026, counsel for Germain informed all counsel of record that, "[a]fter reviewing [the] motion for spoliation sanctions against Makepeace and McVeigh, Mr. Germain conducted another search for any Facebook messages between him and the administrator of the Meg Cost Us Millions Page," and he discovered messages he had not previously found. Counsel explained that, "[a]lthough [Germain] had searched for any messages on multiple prior occasions, these messages were not found, as they show that they were between him and 'Facebook User' rather than the name of the administrator of the MMP." A true and accurate copy of that correspondence is attached as Exhibit 12.

14. On September 29, 2026, counsel for Defendant Peter Opachinski (Opachinski") informed all counsel of record that Opachinski had also located messages under the heading "Facebook User" rather than "Meg Costs Us Millions" and produced those messages. A true and accurate copy of that correspondence is attached as Exhibit 13.

15. On October 1, 2026, in response to Sheehan's request that Cavacco conduct a search of her Facebook inbox for private messages with the MMP account under the name "Facebook User," in light of the productions made by Germain and Opachinski, counsel for

Cavacco confirmed that Cavacco had no such communications. A true and accurate copy of that correspondence is attached as Exhibit 14.

16. A continued deposition of Germain was conducted by Sheehan's counsel on October 5, 2026, to address the messages produced on September 27, 2026. A continued deposition of Opachinski to address the messages produced on September 29, 2026 is scheduled for October 20, 2026.

17. I reviewed the Complaint (ECF NO. 1), the Amended Complaint (ECF No. 106), and the documents produced in this case, including documents with the Bates ranges SHEEHAN000001-SHEEHAN001177, MD0000001-MD0000042, and SHEEHAN004986-5006. Based on my review, every statement on MMP alleged in the Amended Complaint is supported by a corresponding screenshot that has been produced by Sheehan or her supporters.

18. The metadata of the documents produced with the Bates ranges SHEEHAN000001-SHEEHAN001177, MD0000001-MD0000042, and SHEEHAN004986-5006 show that the MMP screenshots were created from January 2023 through July 2024.

19. For the majority of screenshots, a date is included for each MMP post. For posts or comments where the date shows only a time stamp relative to the date of the screenshot (e.g., "2d"), the posting date can be determined from the screenshot's metadata. A true and accurate copy of an MMP post produced by Sheehan with the time stamp "2d," and its metadata showing the screenshot's date of February 11, 2024 is attached as Exhibit 15.

20. On October 2, 2026, counsel for McVeigh and counsel for A.D. Makepeace ("Makepeace") requested that Sheehan consider withdrawing the instant Motion given that the relevant MMP posts were preserved before Sheehan filed the Complaint and the relevant private

Facebook messages had been produced to Sheehan. Sheehan's counsel declined to withdraw the Motion. A true and accurate copy of that correspondence is attached as Exhibit 16.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF OCTOBER 2026

*/s/ Kileigh Stranahan*
Kileigh Stranahan, Esquire